IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JEROME ZINNERMAN, | * | |
| Plaintiff, | * | |
| v. | * | CV 118-218 |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | * | |
| Defendant. | * | |

## O R D E R

Before the Court is Plaintiff's notice of voluntary dismissal. (Doc. 10.) Plaintiff filed his notice prior to Defendant serving either an answer or a motion for summary judgment. Upon due consideration, the Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE.** The Clerk is directed to **TERMINATE** all deadlines and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 4th day of April, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA